PRISONER'S CIVIL RIGHTS COMPLAINT (Rev. 05/2015)

IN THE UNITED STATES DISTRICT COURT
FOR THE _Eastern_ DISTRICT OF TEXAS
_Tyler_ DIVISION

Corey A. Burley #614081
Plaintiff's Name and ID Number

Coffield
Place of Confinement

CASE NO. 6:17CV490 RWS/KNM
(Clerk will assign the number)

v.

Lorie Davis Director TDCJ/ Price Daniels Bldg. 209W. 14St., Rm 500 Austin TX. 78701
Bryan Collier-Exec. Director TDCJ/ P.O. Box 99 Huntsville, TX. 77342
Defendant's Name and Address

Jerry Catoe Senior Warden Coffield unit- 2661 FM 2054 Tenn. Colony, TX. 75884
Defendant's Name and Address

Pam Pace Medical Practice Manager (UTMB Employee) Coffield unit- 2661 FM 2054 Tenn Colony, TX. 75884
Jacinta Assava NP- (UTMB Employee) Coffield unit- 2661 FM 2054 Tenn. Colony, TX. 75884
Defendant's Name and Address
(DO NOT USE "ET AL.")

## INSTRUCTIONS - READ CAREFULLY

NOTICE:

**Your complaint is subject to dismissal unless it conforms to these instructions and this form.**

1. To start an action you must file an original and one copy of your complaint with the court. You should keep a copy of the complaint for your own records.

2. Your complaint must be legibly handwritten, in ink, or typewritten. You, the plaintiff, must sign and declare under penalty of perjury that the facts are correct. If you need additional space, **DO NOT USE THE REVERSE SIDE OR BACK SIDE OF ANY PAGE.** ATTACH AN ADDITIONAL BLANK PAGE AND WRITE ON IT.

3. You must file a separate complaint for each claim you have unless the various claims are all related to the same incident or issue or are all against the same defendant, Rule 18, Federal Rules of Civil Procedure. Make a short and plain statement of your claim, Rule 8, Federal Rules of Civil Procedure.

4. When these forms are completed, mail the original and one copy to the clerk of the United States district court for the appropriate district of Texas in the division where one or more named defendants are located, or where the incident giving rise to your claim for relief occurred. If you are confined in the Texas Department of Criminal Justice, Correctional Institutions Division (TDCJ-CID), the list labeled as "VENUE LIST" is posted in your unit law library. It is a list of the Texas prison units indicating the appropriate district court, the division and an address list of the divisional clerks.

FILING FEE AND *IN FORMA PAUPERIS* (IFP)

1. In order for your complaint to be filed, it must be accompanied by the statutory filing fee of $350.00 plus an administrative fee of $50.00 for a total fee of $400.00.

2. If you do not have the necessary funds to pay the fee in full at this time, you may request permission to proceed *in forma pauperis*. In this event you must complete the application to proceed *in forma pauperis*, setting forth information to establish your inability to prepay the fees and costs or give security therefor. You must also include a current six-month history of your inmate trust account. If you are an inmate in TDCJ-CID, you can acquire the application to proceed *in forma pauperis* and the certificate of inmate trust account, also known as *in forma pauperis* data sheet, from the law library at your prison unit.

3. The Prison Litigation Reform Act of 1995 (PLRA) provides "... if a prisoner brings a civil action or files an appeal *in forma pauperis*, the prisoner shall be required to pay the full amount of a filing fee." *See* 28 U.S.C. § 1915. Thus, the court is required to assess and, when funds exist, collect, the entire filing fee or an initial partial filing fee and monthly installments until the entire amount of the filing fee has been paid by the prisoner. If you submit the application to proceed *in forma pauperis*, the court will apply 28 U.S.C. § 1915 and, if appropriate, assess and collect the entire filing fee or an initial partial filing fee, then monthly installments from your inmate trust account, until the entire $350.00 statutory filing fee has been paid. (The $50.00 administrative fee does not apply to cases proceeding *in forma pauperis*.)

4. If you intend to seek *in forma pauperis* status, do not send your complaint without an application to proceed *in forma pauperis* and the certificate of inmate trust account. Complete all essential paperwork before submitting it to the court.

## CHANGE OF ADDRESS

It is your responsibility to inform the court of any change of address and its effective date. Such notice should be marked "**NOTICE TO THE COURT OF CHANGE OF ADDRESS**" and shall not include any motion for any other relief. Failure to file a NOTICE TO THE COURT OF CHANGE OF ADDRESS may result in the dismissal of your complaint pursuant to Rule 41(b), Federal Rules of Civil Procedure.

I. PREVIOUS LAWSUITS:

   A. Have you filed *any* other lawsuit in state or federal court relating to your imprisonment? ✓ YES ___ NO

   B. If your answer to "A" is "yes," describe each lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper, giving the same information.)

   1. Approximate date of filing lawsuit: (July 12, 2013) Challenging The Right to Wear a Religious Beard.
   2. Parties to previous lawsuit:
      Plaintiff(s) Corey A. Bunley #614081
      Defendant(s) Lorie Davis Director of TDCJ-ID
   3. Court: (If federal, name the district; if state, name the county.) U.S District Court E. District of TX. Tyler Division
   4. Cause number: 6:13-CV-00601-RC-KNM
   5. Name of judge to whom case was assigned: K. Nicole Mitchell
   6. Disposition: (Was the case dismissed, appealed, still pending?) Still pending
   7. Approximate date of disposition: NA

Rev. 05/15

II. PLACE OF PRESENT CONFINEMENT: Coffield Unit 2661 Fm 2054 Tenn. Colony, Tx. 75884

III. EXHAUSTION OF GRIEVANCE PROCEDURES:

Have you exhausted all steps of the institutional grievance procedure? ✓ YES ___ NO

Attach a copy of your final step of the grievance procedure with the response supplied by the institution.

IV. PARTIES TO THIS SUIT:

A. Name and address of plaintiff: Corey A. Burley #614081. 2661 Fm 2054 Tenn. Colony, Texas 75884

B. Full name of each defendant, his official position, his place of employment, and his full <u>mailing</u> address.

Defendant #1: Lorie Davis- Director of TDCJ/Price Daniels Bldg. 209 w 14th St, Rm 500 Austin Tx. 78701- See original Complaint + Memorandum of Law.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Davis was and is legally responsible for implementing and maintaining all of the illegal and unconstitutional practices taking place on the Coffield unit.

Defendant #2: Bryan Collier- Executive Director of TDCJ/ P.O. Box 99- Huntsville, Tx 77342 See original Complaint + Memorandum of Law.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Collier was and is legally responsible for implementing and maintaining all of the illegal and unconstitutional practices taking place on the Coffield unit.

Defendant #3: Jerry Catoe- Senior Warden/ Coffield Unit- 2661 Fm 2054 Tenn. Colony, Texas- See original Complaint + Memorandum of Law.

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Catoe was and is legally responsible for maintaining all of the illegal and unconstitutional practices taking place on the Coffield unit.

Defendant #4: Pam Pace- Medical Practice Manager (UTMB Employee) Coffield Unit- 2661 Fm 2054 Tenn. Colony, Tx. 75884

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Pamela Pace failed to properly train staff and failed to correct deliberate indifference to my serious medical needs.

Defendant #5: Jacinta Assaua- NP (UTMB Employee) Coffield Unit- 2661 Fm 2054 Tenn. Colony, Texas 75884

Briefly describe the act(s) or omission(s) of this defendant which you claimed harmed you.
Jacinta Assaua failed to accommodate plaintiff with a safe bed/housing after plaintiff fell from the top bunk and sustained a serious head injury.

Rev. 05/15

3

V. STATEMENT OF CLAIM:

State here in a short and plain statement the facts of your case, that is, what happened, where did it happen, when did it happen, and who was involved. Describe how each defendant is involved. You need not give any legal arguments or cite any cases or statutes. If you intend to allege a number of related claims, number and set forth each claim in a separate paragraph. Attach extra pages if necessary, but remember the complaint must be stated briefly and concisely. IF YOU VIOLATE THIS RULE, THE COURT MAY STRIKE YOUR COMPLAINT.

I am Filing This Complaint Due to an Incident That Happened to me on (2-18-17). At or Around (18:00) Hrs I Had a Seizure and Fell From The Top Bunk, Busted my Head, And Injured my Right Shoulder. Medical Came, Failed to Put on a C. Collar Before Taking me out of The Cell, And Rolled me to Medical Dept. Upon Arriving to Medical my Vitals were Checked And my Head Examined. Medical put an IV in my Arm Because I was dehydrated. But The IV was not functioning. (Assaua was Contacted, And I was Sent out 911.) I was Treated at Palistine Regional Hospital. Upon Returning to Coffield, my Blood Pressure was Checked And I was Sent Back to The Same Bed/Housing That I fell From. With no Meds or pain pills, I was Forced to Climb in and out of The Top Bunk, With no Step Ladder or Hand Hold. (See Attached Page.) (This Amounts to Negligence.)

VI. RELIEF:

State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.

I Request Declaratory, Injunctive, And Compensatory Relief in The Amount of $100.00 Per Day For Each Day That I Have Been Housed in This Manner, And Punitive Damages in The Amount of $100,000.00. (Plus Reimbursement of Court Cost) Filing Fee.

VII. GENERAL BACKGROUND INFORMATION:

A. State, in complete form, all names you have ever used or been known by including any and all aliases.

NA

B. List all TDCJ-CID identification numbers you have ever been assigned and all other state or federal prison or FBI numbers ever assigned to you.

#614081

VIII. SANCTIONS:

A. Have you been sanctioned by any court as a result of any lawsuit you have filed? ___ YES ✓ NO

B. If your answer is "yes," give the following information for every lawsuit in which sanctions were imposed. (If more than one, use another piece of paper and answer the same questions.)

1. Court that imposed sanctions (if federal, give the district and division): NA
2. Case number: NA
3. Approximate date sanctions were imposed: NA
4. Have the sanctions been lifted or otherwise satisfied? ___ YES ___ NO

Rev. 05/15

I am also filing this complaint due to being housed in a 45 sq. ft. cell with another prisoner, particularly, but not limited to the lock downs, when I am confined in this manner 24 hrs per day for weeks at a time. I am also filing because the totality of my confinement is causing me to stay stressed-out; I have chronic-fatigue; depression, sleep-loss and I stay angry all the time. I have attached my grievances, original complaints, memorandum of law, and jury demands, which I believe will give a clear and thorough understanding of my complaint. I am being subjected to the intentional infliction of emotional distress, which amounts to cruel and unusual punishment.

C. Has any court ever warned or notified you that sanctions could be imposed?    YES ___  NO ✓

D. If your answer is "yes," give the following information for every lawsuit in which a warning was issued. (If more than one, use another piece of paper and answer the same questions.)

   1. Court that issued warning (if federal, give the district and division): ___N/A___
   2. Case number: ___N/A___
   3. Approximate date warning was issued: ___N/A___

Executed on: __8-24-17__
                 DATE

Corey A. Burley   #614081
(Signature of Plaintiff)   #614081

PLAINTIFF'S DECLARATIONS

1. I declare under penalty of perjury all facts presented in this complaint and attachments thereto are true and correct.
2. I understand, if I am released or transferred, it is my responsibility to keep the court informed of my current mailing address and failure to do so may result in the dismissal of this lawsuit.
3. I understand I must exhaust all available administrative remedies prior to filing this lawsuit.
4. I understand I am prohibited from bringing an *in forma pauperis* lawsuit if I have brought three or more civil actions or appeals (from a judgment in a civil action) in a court of the United States while incarcerated or detained in any facility, which lawsuits were dismissed on the ground they were frivolous, malicious, or failed to state a claim upon which relief may be granted, unless I am under imminent danger of serious physical injury.
5. I understand even if I am allowed to proceed without prepayment of costs, I am responsible for the entire filing fee and costs assessed by the court, which shall be deducted in accordance with the law from my inmate trust account by my custodian until the filing fee is paid.

Signed this __24__ day of __August__, 20 __17__.
             (Day)           (month)        (year)

Corey A. Burley   #614081
(Signature of Plaintiff)   #614081

**WARNING:** Plaintiff is advised any false or deliberately misleading information provided in response to the above questions may result in the imposition of sanctions. The sanctions the court may impose include, but are not limited to, monetary sanctions and the dismissal of this action with prejudice.

Rev. 05/15

Corey A. Burley
Coffield Unit 2661 FM 2054
Tenn. Colony, Texas 75884

U.S. District Court East Dis
211 W. Ferguson St.
Tyler, Texas 75702

August 21, 2017

RE: Civil Rights Complaint

6:17cv490
RWS/KNM

Dear Clerk,

Please find enclosed for filing INSTANTER, the following:

1. Application to proceed In Forma ProPeris.
2. Prisoner's Civil Rights Complaint. (x2)
3. Request for TRO and Preliminary Injunction.
4. Civil Rights Complaint-Memorandum of Laws and Jury Demand.
5. Plaintiffs' Exhibits

Thanking You In Advance For Your Prompt Assistance.

Sincerely,

Corey A. Burley #614081

Corey A. Burley #614081

Corey A. Burley #614081
Coffield Unit 2661 Fm. 2054
Tenn. Colony, Texas 75884



Clerk- David J. Maland
U.S. District Court East Dis
211 W. Ferguson St.
Tyler, Texas 75702

3 x 1.00   21 x 2