IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TYLER DIVISION

| | | |
|---|---|---|
| COREY A. BURLEY, #614081 | § | |
| VS. | § | CIVIL ACTION NO. 6:17cv490 |
| LORIE DAVIS, ET AL. | § | |

## ORDER ADOPTING REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE

The Plaintiff in this lawsuit, as well as inmate plaintiffs in four separate lawsuits, filed a motion for certification as a class action, (Dkt. #17). This lawsuit has been referred to the United States Magistrate Judge, the Honorable Judge K. Nicole Mitchell pursuant to 28 U.S.C. §636(b)(1) and (3) and the Amended Order for the Adoption of Local Rules for the Assignment of Duties to the United States Magistrate Judge.

On December 11, 2018, Judge Mitchell issued a Report, (Dkt. #21), recommending that the motion for class certification be denied. A copy of this Report was sent to Plaintiff, as well as the plaintiffs in four other lawsuits—return receipt requested. The docket demonstrates that Plaintiff received this Report on December 18, 2018, and that the other Plaintiffs received it on or about the same date. (Dkt. #'s 22-27). However, to date, no objections to the Report have been filed.

Because Plaintiff has failed to file objections to Judge Mitchell's Report, he is barred from *de novo* review by the District Judge of those findings, conclusions, and recommendations and, except upon grounds of plain error, from appellate review of the unobjected-to proposed factual findings and legal conclusions accepted and adopted by the district court. *Douglass v. United Services Auto. Association*, 79 F.3d 1415, 1430 (5th Cir. 1996) (*en banc*).

1

The Court has reviewed the pleadings in this cause and the Report of the Magistrate Judge. Upon such review, the Court has determined that the Report of the Magistrate Judge is correct. *See United States v. Wilson*, 864 F.2d 1219, 1221 (5th Cir.), *cert. denied*, 492 U.S. 918, 109 S.Ct. 3243 (1989) (where no objections to a Magistrate Judge's Report are filed, the standard of review is "clearly erroneous, abuse of discretion and contrary to law."). Accordingly, it is

**ORDERED** that the Report of the United States Magistrate Judge, (Dkt. #21), is **ADOPTED** as the opinion of the Court. Furthermore, it is

**ORDERED** that the motion for class certification, (Dkt. #17), is **DENIED**. It is also

**ORDERED** that Movants' motions to intervene, (Dkt. #'s 18, 28), are **DENIED**. *See* Rule 24(b), Fed. R. Civ. P.

So **ORDERED** and **SIGNED March 5, 2019.**

_____
Ron Clark, Senior District Judge